DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RINGLING COLLEGE OF ART AND DESIGN, INC.,

Petitioner,

v.

MEGAN ROSE RUIZ; LYRA WILSON;
LAUREN WILSON; and CAITLN HENNING,

Respondents.

No. 2D2024-2884

————————————————

December 12, 2025

Petition for Writ of Certiorari to the Circuit Court for Sarasota County;
Stephen M. Walker, Judge.

Mendy Halberstam and Loren M. Korkin of Jackson Lewis P.C., Miami;
and B. Tyler White, Todd R. Dobry, Catherine E. Barton, and Rachel E.
Coers of Jackson Lewis P.C., Jacksonville, for Petitioner.

Starlett M. Massey of Massey Law Group, P.A., St. Petersburg, for
Respondents.


PER CURIAM.

    Dismissed.

KELLY, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.